IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **YESENIA TOVAR and BRANDY SMITH,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FANNIE'S INC., ACE-FCE, LLC, and ANDREW CARGILL,**<br><br>Defendants. | Civil Action No. 1:20-cv-03443-CAP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

| | |
|---|---|
| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**<br><br>*/s/ Kevin D. Fitzpatrick, Jr.*<br>Kevin D. Fitzpatrick, Jr.<br>Ga. Bar No. 262375<br>Charles R. Bridgers<br>Ga. Bar No. 080791<br><br>101 Marietta Street NW<br>Suite 2650<br>Atlanta, GA 30303<br>(404) 979-3150<br>(404) 979-3170 (facsimile)<br>kevin.fitzpatrick@dcbflegal.com | **SCHREEDER, WHEELER & FLINT, LLP**<br><br>*s/ Jonathan A. Akins*<br>John A. Christy<br>Ga. Bar No. 125518<br>Jonathan A. Akins<br>Ga. Bar No. 472453<br><br>1100 Peachtree Street N.E., Suite 800<br>Atlanta, Georgia 30309-4516<br>(404) 681-3450 Telephone<br>(404) 681-1046<br>jchristy@swfllp.com<br>jakins@swfllp.com |

| | |
|---|---|
| charlesbridgers@dcbflegal.com | Counsel for Defendant Fannie's, Inc. |
| Counsel for Plaintiff | **WIGGINS LAW GROUP, LLC** |
| | *s/ Cary S. Wiggins*<br>Cary S. Wiggins<br>Ga. Bar No. 757657 |
| | Suite 401<br>260 Peachtree St., NW<br>Atlanta, GA 30303<br>Telephone: (404) 659-2880<br>Facsimile: (404) 659-3274<br>cary@wigginslawgroup.com |
| | Counsel for Defendants ACE-FCE, LLC and Cargill |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **YESENIA TOVAR and BRANDY SMITH,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FANNIE'S INC., ACE-FCE, LLC, and ANDREW CARGILL,**<br><br>Defendants. | Civil Action No. 1:20-cv-03443-CAP |

## CERTIFICATE OF SERVICE

I certify that on November 22, 2021, I electronically filed a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all counsel of record.

*/s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375